### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELLE R. EVANOFF, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL ASTRUE, )<br>Commissioner, Social )<br>Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-07-793-M |

### ORDER

On June 16, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for benefits. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further administrative proceedings. The parties were advised of their right to object to the Report and Recommendation by July 7, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 16, 2008;

(2) REVERSES the decision of the Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4)   ORDERS that judgment issue forthwith in accordance with the provisions of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 21st day of July, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE